

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-21-00034-CV

Kevin **DUNN**,
Appellant

v.

**THE KADENCE COLLECTIVE, LLC**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI12519
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's first request for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **April 16, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court